[No. 1325-3.    Division Three.    July 30, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON BARR, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 5962, B. E. Kohls, J., entered October 4, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3145-1.    Division One.    August 2, 1976.]

PAUL J. FISHER, *Appellant*, v. CHARLES R. STEINFORTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 767284, Herbert M. Stephens, J., entered May 11, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.